UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARI MONTANUS,

                            Plaintiff,

-v-

COLUMBIA MANAGEMENT INVESTMENT
ADVISERS, LLC D/B/A COLUMBIA THREADNEEDLE
INVESTMENTS,

                            Defendant.

25 Civ. 2798 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 3, 2025, defendant Columbia Management Investment Advisers, LLC d/b/a Columbia Threadneedle Investments ("Columbia") filed a motion to compel plaintiff Kari Montanus to arbitrate her claims against Columbia. Dkts. 7–10.

Accordingly, it is hereby ORDERED that Montanus shall file a response to Columbia's motion no later than June 25, 2025. Columbia's reply, if any, shall be served by July 9, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 4, 2025
        New York, New York