UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KARI MONTANUS,<br><br>        Plaintiff,<br><br>    -v-<br><br>COLUMBIA MANAGEMENT INVESTMENT ADVISERS, LLC,<br><br>        Defendant. | 25 Civ. 2798 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 29, 2025, the Court issued an Opinion and Order, granting defendant's motion to compel arbitration and stay the action pending the outcome of arbitration. Dkt. 20.

On September 16, 2025, plaintiff filed a motion for reconsideration and/or certification for interlocutory appeal, Dkts. 21–25, as to the Court's Opinion and Order, Dkt. 20. Defendant is hereby ordered to file an opposition by October 1, 2025. Plaintiff shall file her reply, if any, by October 8, 2025.

SO ORDERED.

                     *Paul A. Engelmayer*
                     PAUL A. ENGELMAYER
                     United States District Judge

Dated: September 17, 2025
    New York, New York